Andrew P. Bridges (SBN: 122761)
abridges@winston.com
Jennifer A. Golinveaux (SBN: 203056)
jgolinveaux@winston.com
Matthew A. Scherb (SBN: 237461)
mscherb@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5802
Telephone:     (415) 591-1000
Facsimile:     (415) 591-1400

Attorneys for Plaintiffs
FULL SAIL, LLC AND GARRY JONES

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FULL SAIL, LLC and GARRY JONES, | Case No.  CV11-325 JCS |
| Plaintiffs, | **NOTICE REGARDING IDENTIFICATION AND SERVICE OF DOE DEFENDANTS** |
| v. | |
| DOES 1-10, | |
| Defendants. | |

On April 14, 2011, Plaintiffs Full Sail, LLC and Garry Jones requested the Court to postpone initial case deadlines while Plaintiffs continued attempts to identify the Doe defendants in this case.

On April 19, 2011, the Court granted the request and ordered Plaintiffs to notify the Court by June 14, 2011 whether they have located and are serving defendants.  Upon such notice, the Court stated it "may then reset case deadlines or make further orders as justice requires."

Plaintiffs, through subpoenas to Internet Service Providers, believe they have located one of the Doe defendants.  This individual, at present, appears to bear responsibility for at least one of the three infringing Twitter accounts at issue in this case.  Plaintiffs are working to resolve this case, as to that individual, amicably if possible without further need for Court proceedings.

Meanwhile, Plaintiffs are attempting to identify the additional Doe defendants, if any, behind the other infringing Twitter accounts.

Plaintiffs therefore request an additional sixty days, until August 14, 2011, to report again to the Court on identification and service of Doe defendants.  If Plaintiffs are able to reach an out-of-court resolution on this matter, Plaintiffs will promptly inform the Court.

Dated:  June 14, 2011    WINSTON & STRAWN LLP

By: /s/
Andrew P. Bridges
Jennifer A. Golinveaux
Matthew A. Scherb

Counsel for Plaintiffs Full Sail, LLC and Garry Jones